UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 06-60270-Civ-Cooke

FIRST AMERICAN TITLE INSURANCE
COMPANY,

          Plaintiff,

v.

MANUEL H. GARAY *et al.*

          Defendants.

_____/

### ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANTS MANUEL H. GARAY AND GLOBAL HORIZONS, LLC

THIS CAUSE is before the Court upon Plaintiff First American Title Insurance Company and Defendants Manuel H. Garay and Global Horizons, LLC's Stipulation of Dismissal with Prejudice.

The Court, having reviewed the Stipulation of Dismissal with Prejudice, and being otherwise fully advised, hereby ORDERS and ADJUDGES that Defendants Manuel H. Garay and Global Horizons, LLC are hereby DISMISSED from this action WITH PREJUDICE. The parties shall bear their own costs, attorneys' fees, and expenses.

DONE and ORDERED in chambers at Miami, Florida, this 1st day of August 2007.

/s/
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record